ALEXANDER HITCHCOCK, *Appellant, v.* CHARLES W. SEARS, *Respondent.* — Order affirmed, with ten dollars costs and disbursements. *Held,* that as the evidence is conflicting as to whether the assignment to the wife was absolute or collateral the decision of the county judge that it was absolute was conclusive, and she being the absolute owner of the claim is liable for the costs of the proceedings prosecuted for her benefit independently of the statute.

RALPH T. WOOD, *Respondent, v.* JANE HOLMES, *as Executrix, etc., Appellant.* — Motion denied, without costs.

MARTIN RUSSELL, *Appellant, v.* ORVILLE DEAN, *Respondent.* — Motion for leave to appeal to the Court of Appeals denied.

PHŒBE T. SMITH, *Administratrix, Respondent, v.* JOHN FERGUSON and another, *Appellants.* — Motion to dismiss appeal granted, with ten dollars costs.

IN THE MATTER OF LAYING OUT A HIGHWAY THROUGH THE ORCHARD, ETC., OF HELEN ALLERTON. — Order confirmed.

HENRY BRINKER, *Appellant, v.* WILLIAM MILLBRIGHT, *Respondent.* — Motion to dismiss appeal denied, without costs.